Derrick J. O'Neill ISB 4021
JONES ♦GLEDHILL ♦FUHRMAN ♦GOURLEY, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: doneill@idalaw.com

Attorneys for Exeter Finance, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of: Myers, Benjamin Kyle and Myers, Emilie Anne<br><br>Debtors. | Case No.: 18-40836-JMM |

### OBJECTION TO MOTION FOR SANCTIONS

COMES NOW Exeter Finance, LLC ("CREDITOR"), by and through its counsel of record, Jones ♦Gledhill ♦Fuhrman ♦ Gourley, P.A. and respectfully objects to the Motion for Sanctions filed by Debtor in the above referenced matter.

In this case, Debtor failed to make the monthly loan payments to Creditor as required under the terms of a retail installment sales contract. The failure to make payments constituted a default under the contract. On default, Creditor had the right to repossess the collateral under the contract, a 2016 Hyundai Accent. A request to complete that repossession was communicated by Creditor to American Recovery Services in April of 2018, well prior to the date of Debtor's bankruptcy filing, September 21st, 2018. On September 22nd, 2018, Creditor received notice that the vehicle had already been secured.

**Objection to request for Sanctions** – 1

The affidavit of Debtor attached to the Motion for Sanctions confirms the relevant details.  There is no evidence that this Creditor was contacted by Debtor, or anyone on behalf of Debtor, prior to the time of repossession.  The detailed list of communications relied upon by Debtor in support of the motion fail to identify any contact with this Creditor. Moreover, there is no suggestion that this Creditor instructed any agent to violate or ignore the bankruptcy code and any violation of that code would be well beyond the scope of any agent's authority.

When this Creditor was contacted and informed that the repossession was actually post-petition, the vehicle was returned to Debtor. Finally, there is simply no allegation of intentional conduct on the part of this Creditor which would support an award of punitive damages.  Wherefor, Creditor respectfully requests that Debtor's motion be denied and that Debtor take nothing thereby.

DATED this 4th day of December, 2018.

JONES ♦GLEDHILL ♦FUHRMAN ♦GOURLEY, P.A.

By   /s/ Derrick J. O'Neill
     Derrick J. O'Neill
     Attorneys for Exeter Finance, LLC

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the ___ day of December, 2018, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

| |
|---|
| Ryan E Farnsworth- ryan@averylaw.net |
| R Sam Hopkins- AWilliams32@cableone.net |
| |
| U.S. Trustee – ustp.region18.bs.edf@usdoj.gov |

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| |
|---|
| Benjamin Kyle Myers<br>Emilie Anne Myers<br>3372 E Iona Road, Apt.#2<br>Idaho Falls, ID  83401 |

            /s/ Derrick J. O'Neill
            Derrick J. O'Neill