Ryan E. Farnsworth
Attorney at Law
Idaho State Bar No. 8885
770 S. Woodruff
Idaho Falls, ID  83401
Telephone: (208) 524-3020
Facsimile:  (208) 881-9596

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-40836-JMM |
|  | ) |  |
| Emily Myers | ) |  |
|  | ) | MOTION FOR SANCTIONS |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of this objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW the Debtors herein, by and through their counsel of record, and pursuant to 11 U.S.C.§ 362(k) requests the Order of this Honorable Court assessing sanctions and awarding legal fees against Creditor Medical Recovery Services, LLC, ("MRS") and it's agent Smith, Driscoll & Associates, PLLC ("SDA") for their respective violations of the Automatic Stay entered herein.

IN SUPPORT HEREOF, Movant would respectfully show as follows:

a.. Movant filed a voluntary petition for bankruptcy relief on September 21, 2018. Among the debts listed on Movant's Schedule F was:

| Medical Recovery | Smith Driscoll Assoc |
|---|---|
| PO Box 51178 | PO Box 50731 |
| Idaho Falls, ID | Idaho Falls, ID |
| 83405 | 83405 |

b. Movant, on information and belief, states that Under this Court's Rules, Creditor MRS and their agent SDA received this Court's standard "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines" at that address.

c. Movant, on information and belief, states that such notices were actually received by Creditors in that the Court's notice was not returned by the U.S Postal Service to Debtor's counsel.

d. Creditor MRS and their agent SDA filed a Motion for Contempt on October 26, 2018 in Bonneville County Case No CV-15-2990.

e. Creditor MRS and their agent SDA caused movant to be served with a Notice of Hearing on November 3, 2018 in Bonneville County Case No CV-15-2990.

f. The court's notice stated: "In most instances, the filing of the bankruptcy case automatically stays certain collection and other action against the debtor and the debtor's property . . . . If you attempt to collect a debt or take other action in violation of Bankruptcy Code, you may be penalized."

h. Despite having received such notices by mail and Movant's verbal notice and therefore having actual knowledge of this action, MRS and their agent SDA ignored this

Court's order and harassed the debtor in attempts to collect the debt. MRS and their agent SDA has used these aggressive and threatening actions toward Movant in an attempt to intimidate her into paying the debt, causing Debtor extreme emotional distress.

    i.  Debtor has incurred various and sundry expenses and incurred attorney's fees and costs in bringing this action.

    j.  The actions of MRS and SDA amounts to a willful violation of this Court's automatic stay. Accordingly, Creditor is in contempt of court.

MOVANT REQUESTS an award of actual damages in the amount of not less than $1,500.00 and punitive damages in the amount of $5,000, and reasonable attorney's fees and costs herein.

DATED THIS 8th day of April, 2019.

                              /s/
                              Ryan E. Farnsworth
                              Attorney for Debtor